**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7014**

JEREMY SNYDER,

Petitioner - Appellant,

v.

PIEDMONT JAIL SUPERINTENDENT,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:17-cv-01229-LO-TCB)

Submitted: December 20, 2018                    Decided: December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jeremy Snyder, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Snyder seeks to appeal the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition without prejudice for failing to comply with a court order.[1] "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007). A notice of appeal must be filed no more than 30 days after the entry of the district court's judgment or order, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered judgment on November 27, 2017. Snyder's pro se notice of appeal was received by the district court, at the earliest on August 7, 2018.[2] Because Snyder failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[1] We conclude that the order is final and appealable. *See Goode v. Cent. Va. Legal Aid Soc'y, Inc.*, 807 F.3d 619, 624, 629-30 (4th Cir. 2015).

[2] *See Houston v. Lack*, 487 U.S. 266, 276 (1988) (establishing prisoner mailbox rule).

2